AP-77,03
COURT OF CRIMINAL APPEAL
AUSTIN, TEXA
Transmitted 8/7/2015 10:33:00 AI
Accepted 8/7/2015 10:35:53 AI
ABEL ACOST.
CLER

**No. AP-77,036**

In the
Court of Criminal Appeals of Texas
At Austin

———————◆———————

*granted*
*PC*
*8-7-15*

**No. 1412826**
In the 179th District Court
Of Harris County, Texas

———————◆———————

**JUAN BALDERAS aka APACHE**
*Appellant*
v.
**THE STATE OF TEXAS**
*Appellee*

———————◆———————

STATE'S UNOPPOSED MOTION
TO RESCHEDULE ORAL ARGUMENT

———————◆———————

To the Honorable Court of Appeals:

This Court has scheduled that the case be submitted on oral arguments on September 16, 2015. The State requests that this Court reschedule the oral arguments in this case for a later date. In support of this motion, the State would show the following:

1. This is a capital murder conviction for which the penalty has been assessed at death. The record in this case is extensive, as is the briefing of the parties.

2. The State's appellate counsel has a pre-paid extended international vacation covering early September. The return flight (which is 13 hours long) is scheduled to land in Houston at 6 pm on Monday, September 14. Assuming the flight arrives on time, that is 39 hours before the presently scheduled oral argument in this case. Factoring in jet lag, reacclimating to the central time zone, and then driving to Austin, the State's appellate counsel does not believe he will have enough time to adequately prepare for argument on September 16, and, moreover, it is possible that he will not be in top mental form that day. The State's appellate counsel considered using some of his vacation to prepare for argument, but the State's appellate counsel still does his reading and research on paper, and the logistics of carrying around the appellate record in a death case on an extended vacation make that option extremely impractical.

3. The undersigned attorney has spoken with defense counsel, Scott Shearer, and he is not opposed to rescheduling oral argument.

WHEREFORE, the State prays that this Court will reschedule oral argument for

a date later than September 16.

Respectfully submitted,

/s/ C.A. Morgan
CLINTON A. MORGAN
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
morgan_clinton@dao.hctx.net
TBC No. 24071454

## CERTIFICATE OF SERVICE

I certify that I have requested that efile.txcourts.gov electronically serve

a copy of this motion to:

R. Scott Shearer
shearerlegal@yahoo.com
Counsel for Appellant

/s/ C.A. Morgan
CLINTON A. MORGAN
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
morgan_clinton@dao.hctx.net
TBC No. 24071454

Date: August 7, 2015